**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6387**

———————————

In Re:    DOVON BROWN,

                                          Petitioner.



———————————

On Petition for Writ of Error. (CA-95-144-2H)

———————————

Submitted:  April 15, 2004          Decided:  April 26, 2004

———————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Dovon Brown, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dovon Brown, a federal inmate, brings this petition for writ of error in which he seeks to have this court recall its mandate dismissing the appeal of the denial of his motion to vacate sentence under 28 U.S.C. § 2255 (2000) and remand his case to the district court. See United States v. Brown, No. 00-7254, 2000 WL 1707272 (4th Cir. Nov. 15, 2000) (unpublished). In the alternative, Brown requests this court allow him to file a petition under 28 U.S.C. § 2241 (2000). In his petition, Brown alleges that he is entitled to the relief sought because the district court and this court did not apply the standard announced in the Supreme Court's decision in Miller-El v. Cockrell, 537 U.S. 322, 336 (2003), in determining whether to grant a certificate of appealability on his claims. Our review of his petition leads us to conclude that Brown has failed to demonstrate extraordinary circumstances justifying recall of the mandate. Calderon v. Thompson, 523 U.S. 538, 549-50 (1998). Accordingly, although we grant Brown's motion to proceed in forma pauperis, we deny his petition for writ of error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED